1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JODEE GARRETT, Sr.,

11          Plaintiff,                    No. CIV S-06-1208 MCE KJM P

12      vs.

13  P. KENNEDY, et al.,

14          Defendants.              <u>ORDER</u>

15  _____/

16          Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant

17  to 42 U.S.C. § 1983.

18          By an order filed March 7, 2007, this court ordered plaintiff to complete and

19  return to the court, within thirty days, the USM-285 forms and copies of his complaint which are

20  required to effect service on the defendants.  On March 28, 2007, plaintiff submitted the copies

21  of the complaint but failed to submit the proper USM-285 forms.

22          Accordingly, IT IS HEREBY ORDERED that:

23          1.  The Clerk of the Court is directed to send the plaintiff two blank USM-285

24  forms; and

25  /////

26  /////

1

2.  Within thirty days, plaintiff shall submit to the court the two completed USM-285 forms for defendants Kennedy and Jaffee required to effect service.  Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED:  April 25, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
garr1208.8f