IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JODEE GARRETT, SR. ,** | CASE NO.: 2:06-cv-1208 MCE KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **P. KENNEDY, et al. ,** | |
| Defendant. | |

GOOD CAUSE having been demonstrated, Defendants' request for an extension of time to file dispositive motions, including their motion for summary judgment (docket no. 17), is GRANTED.

Defendants will have until February 25, 2008, to file their dispositive motion.

IT IS SO ORDERED.

DATED: January 31, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1