IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JODEE GARRETT, SR. ,** | 2:06-cv-1208 MCF KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **P. KENNEDY, et al. ,** | |
| Defendant. | |

GOOD CAUSE having been demonstrated, Defendants' request for an extension of time to file dispositive motions (docket no. 20), including their motion for summary judgment, is GRANTED.

Defendants will have until March 6, 2008, to file their dispositive motion.

IT IS SO ORDERED.

DATED: February 29, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1