IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JODEE GARRETT, Sr.,

      Plaintiff,                    No. CIV S-06-1208 MCE KJM P

   vs.

P. KENNEDY, et al.,

      Defendants.            <u>ORDER</u>

_____/

       In light of the pending motion for summary judgment, the dates for filing pretrial statements, pretrial conference and trial, in the court's scheduling order (docket no. 14) are hereby vacated, to be reset if necessary following resolution of the dispositive motion.

       IT IS SO ORDERED.

DATED: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

2
garr1208.vso

1